**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000548
25-NOV-2024
08:17 AM
Dkt. 21 OAWST**

NO. CAAP-24-0000548

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PAULENE ILIMALEIALOHA CHOY-SCOTT, Petitioner-Appellee, v.
GEOFFREY STEPHEN SCOTT, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
SOUTH KOHALA DIVISION
(CASE NO. 3FDA-24-0000241)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and Guidry, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (Stipulation), filed November 20, 2024, by Respondent-Appellant Geoffrey Stephen Scott, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by all self-represented parties and counsel for all other appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, November 25, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly. T. Guidry
Associate Judge